Isabella Bird, appellant, v. City of Chicago, appellee. Gen. No. 24,743.

Action to recover for personal injury resulting from obstruction on sidewalk. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed January 28, 1920.

Israel Cowen, for appellant. Samuel A. Ettelson and William H. Devenish, for appellee; Robert H. Farrell, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

George B. Dygert for use of Mary L. Freeman, individually and as executrix under the last will and testament of Henry V. Freeman, deceased, appellant, v. Sherman C. Spitzer, appellee. Gen. No. 24,772.

Garnishment proceeding. Order discharging garnishee. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed January 28, 1920.

Charles F. McElroy, for appellant. Francis Stanley Rickcords, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Continental Trust & Savings Bank, trustee in bankruptcy of Isaac Hirschberg and Harry H. Hirschberg, copartners, appellee, v. Joseph C. Schwartz et al., trading as Schwartz Brothers, appellants. Gen. No. 24,542.

Action to recover the value of goods sold by bankrupts with intent to defraud creditors. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed January 28, 1920.

Benjamin C. Bachrach, for appellants. Moses, Rosenthal & Kennedy, for appellee; Julius Moses and Henry Jackson Darby, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

James F. Bishop, administrator of the estate of Edward Jacob Mackenroth, deceased, appellant, v. Chicago & Western Indiana Railroad Company and City of Chicago, appellees. Gen. No. 24,622.

Action to recover for wrongful death from contact with electric wire. Judgment on demurrer as to one defendant, and of dismissal as to the other. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed in part, reversed in part and remanded. Opinion filed January 28, 1920.

Rathje, Wesemann & Van Schaick, for appellant. C. G. Austin, Jr., J. Raymond Barse, Samuel A. Ettelson and William H. Devenish, for appellees; Robert H. Farrell, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.